IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

RAUL RODRIGUEZ RIVERA
ELIZABETH DIAZ ALICEA

DEBTORS

CASE NO 13-10865-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

NOW COME, RAUL RODRIGUEZ RIVERA and ELIZABETH DIAZ ALICEA, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting a proposed amended Plan, dated March 7, 2014, herewith and attached to this motion.

2. This proposed amended Plan is filed to eliminate the proposed lump sum payment and increase Plan's payments in order to comply with the Plan's distribution.

**WHEREFORE** debtors respectfully request the confirmation of the requested amended Plan, dated March 7, 2014.

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 7th day of March, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR  00726
TEL. NO. (787) 744-7699

United States Bankruptcy Court
District of Puerto Rico

IN RE:

RODRIGUEZ RIVERA, RAUL & DIAZ ALICEA, ELIZABETH
Debtor(s)

Case No. 3:13-bk-10865

Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 3/7/2014
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 185.00 x 24 = $ 4,440.00
$ 510.00 x 36 = $ 18,360.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 22,800.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 22,800.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,784.00

Signed: _____ Debtor

_____ Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular De P** Cr. _____ Cr. _____
# 71010011670711 # _____ # _____
$ 14,207.34 $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
Asociacion de Empl    Educoop
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
Banco Popular De P    Sistema De Retiro
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor R. Figueroa Carrasquillo Law Office    Phone: (787) 744-7699

AMENDED CHAPTER 13 PAYMENT PLAN

RODRIGUEZ RIVERA, RAUL
HC 01 BOX 5569
GURABO, PR 00778

Claro
PO Box 360998
San Juan, PR 00936

DIAZ ALICEA, ELIZABETH
HC 01 BOX 5569
GURABO, PR 00778

Departamento de Hacienda
PO Box 9024140
San Juan, PR 00902-4140

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR 00726-0186

Educoop
Ponce De Leon 501
San Juan, PR 00918

AAA
PO Box 70101
San Juan, PR 00936-8101

Gura Coop
PO Box 678
Gurabo, PR 00778

ACEVEDO COLON & ACEVEDO VILA
VICK CENTER STE C402 867 MUNOZ
RIVERA AV
RIO PIEDRAS, PR 00925

PR Telephone
PO Box 70239
San Juan, PR 00936

AEE
PO Box 363508
San Juan, PR 00936-3508

Sistema De Retiro
PO Box 42003
San Juan, PR 00940-2203

Asociacion de Empleados ELA
PO Box 364508
San Juan, PR 00936-4508

Att Services
PO Box 192830
San Juan, PR 00919

Banco Popular De Puerto Rico
PO Box 3229
San Juan, PR 00936

Banco Santander Puerto Rico
268 Ponce De Leon
Hato Rey, PR 00918